## ESTADO LIBRE ASOCIADO DE PUERTO RICO
## TRIBUNAL DE APELACIONES
## PANEL XI

| | | |
|---|---|---|
| CRYSTAL E. SANTIAGO<br><br>Recurrida<br><br>v.<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, REPRESENTADO POR EL DEPARTAMENTO DE JUSTICIA Y OTROS<br><br>Peticionario | KLCE202500550 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso Número: SJ2023CV08405<br><br>Sobre: Cobro de Dinero |

Panel integrado por su presidenta, la Jueza Brignoni Mártir, la Jueza Álvarez Esnard y la Jueza Prats Palerm

Prats Palerm, Jueza Ponente

### SENTENCIA

En San Juan, Puerto Rico, a 13 de junio de 2025.

Considerada la *Moción de Desistimiento* presentada el 29 de mayo de 2025 por la parte peticionaria, se declara Ha Lugar. De conformidad con lo dispuesto en la Regla 83(A) de nuestro Reglamento, 4 LPRA Ap. XXII-B, R. 83 (A), se ordena el archivo del caso KLCE202500550 por desistimiento, con perjuicio en su respectiva reclamación, sin imposición de costas, gastos ni honorarios de abogado.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador
SEN2025_____